**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

| | |
|---|---|
| Brian Downing, | Case No. 2:10-cv-01164-MJP |
| Plaintiff, | |
| v. | **APPLICATION TO ENTER DEFAULT** |
| National Check Processing, LLC, | |
| Defendant. | |

To the Clerk of the United States District Court of the Western District of Washington:

Please enter the default of Defendant National Check Processing, LLC, pursuant to Fed. R. Civ. P. 55(a) for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, as appears from the Declaration being filed contemporaneously herewith.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: */s/ Mona Lisa Gacutan*
Mona Lisa C. Gacutan
600 Stewart St, Ste 720
Seattle, WA  98101
Tel:  1.866.339.1156
Fax: 1.312.822.1064
Email:  mog@legalhelpers.com
*Attorney for Plaintiff*

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Application was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served through U.S. Mail:

National Check Processing, LLC
c/o Michelle Turner, Registered Agent
10605 Theresa Dr, Suite 6
Jacksonville, FL 32246

                                              */s/ Richard J. Meier*