UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN DOWNING,<br><br>             Plaintiff,<br><br>       v.<br><br>NATIONAL CHECK PROCESSING, LLC,<br><br>             Defendant. | CASE NO. C10-1164 MJP<br><br>ORDER GRANTING DEFAULT JUDGMENT AND AWARDING ATTORNEYS' FEES |

    This matter comes before the Court on Plaintiff's motion for default judgment (Dkt. No. 8) and motion for attorneys' fees (Dkt. No. 9). Having reviewed both motions and all supporting papers, the Court GRANTS the motions. The Court finds good cause to award Plaintiff $25,000 in actual damages and $1,000 in statutory damages under the Fair Debt Collection Practices Act. The Court awards $3,956.50 in attorneys' fees and costs, which the Court finds to be proper and reasonable under the Fair Debt Collection Practice Act.

    The Court shall separately enter a final judgment reflecting the above amounts.

\\

1   The clerk is ordered to provide copies of this order to all counsel.

2   Dated this 30th day of November, 2010.

3

4

5   _____
    Marsha J. Pechman
6   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER GRANTING DEFAULT JUDGMENT
AND AWARDING ATTORNEYS' FEES- 2